O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR13-782-CAS |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| EDITH TOMASA RODRIGUEZ- ) | |
| CARDENAS, ) | |
| Defendant. ) | |
| _____ ) | |

On February 11, 2014, the above-referenced matter came before this Court on a Status Conference re: Defendant's Compliance with Supervised Release. Government counsel, Wendy Wu, the defendant and her appointed Deputy Federal Public Defender atttorney, Ron Chowdhury, were present. U.S. Probation Officers, Kameron Smith and Tanisha McNeal, were also present.

Defendant is hereby placed on home detention and abide by all requirements of the program, which will not include electronic monitoring or other location verification system, until placed in a Residential Reentry Center (RRC). Defendant is restricted to her residence at all times, except for medical appointments, court-ordered obligations and/or appearances, legal visits with counsel, and with prior approval from the Probation Officer, religious services. The defendant's costs of the program shall be waived.

Further, the Court modifies the terms and conditions of defendant's supervised release, as follows:

1)    The defendant is hereby designated to reside at a Residential Reentry Center, for a period not to exceed twelve (12) months, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer; and

Condition no. 7 of the Amended Final Revocation of Probation and Judgment filed on February 11, 2014, is hereby vacated.

FILE/DATED: February 12, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: \_\_\_/S/_____
     C. Jeang, Deputy Clerk

2