FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 13-782 CAS |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| Rodney - Cardenas ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. ) | 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___PO___ ___PO___

```
 1  _____
 2  _____
 3  _____
 4      and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6      clear and convincing evidence that he/she is not likely to pose
 7      a danger to the safety of any other person or the community if
 8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9      on:_____
10  _____
11  _____
12  _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   6/16/14
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
```