O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR13-782-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| EDITH TOMASA RODRIGUEZ-CARDENAS, ) | |
| Defendant. ) | |
| _____ ) | |

On April 7, 14, and 24, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on March 25, 2014. Government counsel, Wendy Wu, the defendant and his appointed DFPD attorney, Ron Chowdhury, were present. The U.S. Probation Officer, Kameron Smith, was also present.

The defendant denied allegation 1 and admitted allegation 2, in violation of her supervised release, as stated in the petition filed March 25, 2014. The Court conducted an evidentiary hearing.

THE COURT FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Orders April 4, 2012; February 11, 2014; and February 12, 2014. The Court ORDERS defendant's supervised release is revoked.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of sixty (60) days. Defendant is hereby ordered to remain at the Metropolitan Detention Center while in custody. The government shall contact legal counsel at the Metropolitan Detention Center to ensure the defendant gets the proper care for her pregnancy. Upon release from imprisonment, defendant shall be placed on supervised release for a term of two (2) years, under the same terms and conditions previously imposed.

FILE/DATED:     June 30, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
    Catherine M. Jeang, Deputy Clerk

2