1
2
3
4
5
6
7
8



IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDITH TOMASA RODRIGUEZ-CARDENAS,<br><br>Defendant. | Case No. 13-782-CAS<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
|---|---|

I.

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ Lack of bail resources
    ☐ Refusal to interview with Pretrial Services
    ☐ No stable residence or employment
    ☒ Previous failure to appear or violations of probation, parole, or release, and outstanding warrant
    ☐ Ties to foreign countries
    ☒ Allegations in petition
    X concerns about possible substance abuse

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ Nature of previous criminal convictions
    ☒ Allegations in petition
    ☒ Substance abuse
    ☐ Already in custody on state or federal offense
    ☐ Currently on probation for possession of controlled substance for sale
    X concerns about possible substance abuse

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated:   June 30, 2015

_____/s/_____
HON. ALKA SAGR
UNITED STATES MAGISTRATE JUDGE