O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> EDITH TOMASA RODRIGUEZ- ) <br> CARDENAS, ) <br> Defendant. ) <br> _____ ) | CASE NO. CR13-782-CAS <br><br> FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On July 29, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 28, 2015. Government counsel, Stephanie Christensen, the defendant and his appointed DFPD attorney, Ron Chowdhury, were present. The U.S. Probation Officer, Michelle Armstrong, was also present.

The defendant admitted allegations 1, 3 and 4, in violation of her supervised release, as stated in the petition filed May 28, 2015. The defendant denied allegation 2, as stated in the petition filed May 28, 2015. The Court grants the government's request to dismiss allegation 2 of the petition filed May 28, 2015.

THE COURT FINDS the admissions voluntary and knowledgeable and accepts them.

THE COURT FURTHER FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of April 2, 2012 and June 30, 2014. The Court ORDERS defendant's supervised release is

revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of nine (9) months, with no supervision to follow.

    IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     July 30, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
ACTING CLERK OF COURT

By: \_\_\_/S/_____
    Catherine M. Jeang, Deputy Clerk